JENNIFER McGRATH, City Attorney SB 179917
SCOTT F. FIELD, Assistant City Attorney SB 105709
P.O. Box 190, 2000 Main Street
Huntington Beach, CA 92648
(714) 536-5555
FAX (714) 374-1590
Email:   sfield@surfcity-hb.org

Attorneys for Defendant,
CITY OF HUNTINGTON BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., <br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF HUNTINGTON BEACH, CALIFORNIA,<br><br>          Defendant. | CASE NO.  SACV 07-1471 ABC (CTx)<br>Judge Audrey B. Collins<br><br>**JUDGMENT** |

    This action came on for hearing before the Court, on February 23, 2009, Hon. Audrey B. Collins, District Judge Presiding, on a Motion for Judgment on the Pleadings, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / /

/ / /

---

1

[PROPOSED] JUDGMENT

[Proposed] Judgment.doc

1  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2  action be dismissed on the merits and that the Defendant City of Huntington
3  Beach, California recover its costs.  (Order entered February 23, 2009)
4
   Date: March 16, 2009
5
6
7
                                    _____
8                                   AUDREY B. COLLINS
9                                   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] JUDGMENT

[Proposed] Judgment.doc