1  DAVIS WRIGHT TREMAINE LLP
   WILLIAM F. BLY (State Bar No. 181571)
2          billbly@dwt.com
   865 S. Figueroa Street, Suite 2400
3  Los Angeles, California 90017-2566
   Telephone (213) 633-6800
4  Fax (213) 633-6899

5  T. SCOTT THOMPSON (*Pro Hac Vice*)
6          scottthompson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
7  1919 Pennsylvania Avenue, N.W., Suite 200
   Washington, D.C. 20006
8  Telephone (202) 973-4200
   Fax (202) 973-4499
9
   ROBERT L. DELSMAN (State Bar No. 142376)
10 NEXTG NETWORKS, INC.
   2216 O'Toole Avenue
11 San José, California 95131

12

13 Attorneys for Plaintiff
   NEXTG NETWORKS OF CALIFORNIA, INC.
14

15             UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17

18 NEXTG NETWORKS OF            )  Case No. SACV-07-1471 ABC (CTx)
   CALIFORNIA, INC.,            )
19                              )
               Plaintiff,       )
20                              )  **ERRATA RE NOTICE OF RULING RE**
          vs.                   )  **STATUS CONFERENCE**
21                              )
   CITY OF HUNTINGTON BEACH,    )
22 CALIFORNIA,                  )
                                )
23             Defendant.       )
                                )
24                              )
                                )
25 _____ )

26

27

28

                              1
_____
ERRATA RE NOTICE OF RULING RE STATUS CONFERENCE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 15, 2011, NextG Networks of California, Inc. inadvertently filed in this closed docket a Notice of Ruling Re Status Conference regarding a case between the same parties currently pending in the Orange County Superior Court.  This case is closed and there are no status conferences or other matters currently pending in this case.


DATED:  December 15, 2011                     DAVIS WRIGHT TREMAINE LLP
                                              T. SCOTT THOMPSON (*Pro Hac Vice*)


                                              By: /s/ *T. Scott Thompson*
                                                  T. Scott Thompson

                                              Attorneys for Plaintiff
                                              NEXTG NETWORKS of
                                              CALIFORNIA, INC.

ERRATA RE NOTICE OF RULING RE STATUS CONFERENCE

DWT 18761929v1 0103871-000039

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On January 4, 2012, I served the foregoing document(s) described as:

**ERRATA RE NOTICE OF RULING RE STATUS CONFERENCE**

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

> Scott F. Field
> Assistant City Attorney
> City of Huntington Beach
> Office of the City Attorney
> 2000 Main Street
> Huntington Beach, CA 92648

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on January 4, 2012, at Los Angeles, California.

☐   State      I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑   Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

MIRIAM CARDONA
_____          _____
Print Name                                          Signature

---

3

ERRATA RE NOTICE OF RULING RE STATUS CONFERENCE

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899